**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Security Insurance Company, a Delaware corporation; and Gary A. Divizio and Imelda Mary Divizio, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Parliament Coach Corporation, a Florida corporation; and Prevost Car Inc., a foreign corporation,<br><br>Defendants. | No. CV-08-1957-PHX-DGC<br><br>**ORDER** |

Plaintiffs filed a complaint against Defendants Parliament Coach Corporation and Prevost Car Inc. on October 24, 2008. Dkt. #1. The Court directed Plaintiffs to file a report concerning the status of the case by May 11, 2009. Dkt. #7. Plaintiffs have filed a motion to voluntarily dismiss the claims against Defendant Prevost Car Inc. with prejudice. Dkt. #8. The Court will grant the motion pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Court also will grant Plaintiff's motion to amend the caption of the complaint to reflect only Defendant Parliament Coach Corporation. *See* Dkt. #10. The Court notes that it has received Plaintiff's status report indicating that Defendant Parliament Coach Corporation has been served with process. *See id.*

**IT IS ORDERED:**

1. Plaintiffs' motion to dismiss (Dkt. #8) is **granted**.
2. The claims against Defendant Prevost Car Inc. are **dismissed with prejudice**.

3. Plaintiffs' motion to amend complaint (Dkt. #10) is **granted**.

4. The Clerk is directed to file the lodged proposed amended complaint (Dkt. #11).

DATED this 14th day of May, 2009.

_____
David G. Campbell
United States District Judge